■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANKUR GUPTA, Appellant. [863 NYS2d 386]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Kron, J.), both imposed July 17, 2007, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Rivera, Ritter, Covello and Dickerson, JJ., concur. [*See* 2007 NY Slip Op 31062(U).]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE ROSADO, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Queens County (Kron, J.), imposed September 29, 2005, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Santucci, Angiolillo and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL H. SUSSMAN, on Behalf of ROBERT WATSON, Petitioner, v DUTCHESS COUNTY DISTRICT ATTORNEY, Respondent. [861 NYS2d 597]—Writ of habeas corpus to restore Robert Watson, the defendant in a criminal action entitled *People v Robert Watson* pending in the County Court, Dutchess County, under indictment No. 125/06, to the original conditions of his release on bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Dutchess County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Rivera, J.P., Miller, Covello and Belen, JJ., concur.